**RHYNE v. VELSICOL CHEMICAL CORP.**

[336 N.C. 600 (1994)]

THOMAS O. RHYNE v. VELSICOL CHEMICAL CORPORATION AND FORSHAW CHEMICAL, INC.

No. 317PA93

(Filed 17 June 1994)

On discretionary review of an unpublished decision of the Court of Appeals reported, pursuant to Appellate Rule 30(e), at 110 N.C. App. 870, 432 S.E.2d 728 (1993). Heard in the Supreme Court on 9 May 1994.

*Shipman & Lea, by Jennifer L. Umbaugh and Gary K. Shipman, for plaintiff-appellant.*

*Maupin Taylor Ellis & Adams, P.A., by Mark S. Thomas; Spriggs & Hollingsworth, by Joe G. Hollingsworth, Katharine R. Latimer, Barbara A. Milnamow, and Donald W. Fowler, for defendant-appellee Velsicol Chemical Corporation.*

PER. CURIAM.

Discretionary Review Improvidently Allowed.